JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email: browndav@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL HORTON SMITH, SR.; NORTHSTAR COMMUNICATIONS, LLC; PLANNING SERVICES, INC.; AND EGATE, LLC,<br><br>Defendants. | Case No. 5:20-cv-01056-PA-SHK<br><br>**REPLY OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED**<br><br>Date: June 3, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Percy Anderson |

## I. INTRODUCTION

On May 20, 2020, this Court entered a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Granted ("TRO") (Dkt. No. 14), against Defendants Paul H. Smith, Sr. ("Smith"); Northstar Communications, LLC ("Northstar"); Planning Services, Inc. ("Planning Services"); and eGate, LLC ("eGate"). The TRO provided the Defendants with an opportunity to show cause why a preliminary injunction should not issue. Defendants have not appeared or filed any opposition to the entry of the preliminary injunction and appointment of a permanent receiver. Accordingly, Plaintiff Securities and Exchange Commission ("SEC") requests that the Court enter the requested preliminary injunction and appoint Krista Freitag as permanent receiver.

## II. RELEVANT FACTS

### A. Defendants Were Personally Served

The SEC personally served each of the Defendants on May 21, 2020 with the Summons, Complaint, TRO, and Related Filings. (*See* Dkt. Nos. 16, 17, 18, and 19.)

### B. Smith Did Not Oppose Entry of the PI or Provide an Accounting

The Court ordered Defendants to file and serve on the SEC, no later than 4:00 p.m. on May 27, 2020, any submissions in opposition to the issuance of a preliminary injunction. (*See* TRO at ¶ XIX.) Defendant Smith did not make any submission or otherwise show cause why the preliminary injunction should not issue. Consistent with L.R. 7-12, Smith's failure to file any opposition within the deadline may be deemed consent to entry of the preliminary injunction.

The Court also ordered Defendant Smith to prepare an accounting within five days of issuance of the TRO, file the accounting with the Court, and deliver the accounting to the SEC. (*See* TRO at ¶ VII.) Defendant Smith should have filed and delivered the accounting no later than May 28, 2020. Defendant Smith has not filed or served any such accounting as ordered by this Court. An accounting by Defendant Smith as required by the Court's TRO will assist the SEC and the receiver in locating

and identifying assets that may be used to compensate defrauded investors.

### C    Status of the Court's Asset Freeze

As of May 29, 2020, the SEC has received information from financial institutions that approximately $215,000 in cash has been frozen under the Court's TRO. The SEC and the receiver are continuing to search for additional assets and explore possible avenues of recovery for the benefit of the investors.

The SEC has modified the accounts listed in paragraph VI of the proposed preliminary injunction to reflect additional information learned about the accounts as follows:

1. Four additional accounts were found at Provident Bank that are now specifically identified. These are joint accounts held by Smith with other family members. The combined balance in these four accounts is less than $7,300, based on information provided to the SEC.
2. An account was located at Bank of America that is specifically identified. This is a joint account held by Smith and another family member.
3. Two accounts at TDAmeritrade in the name eGate, LLC were closed and have been deleted from the proposed order.
4. One account at BBVA USA in the name of Planning Services, Inc., ending in 3562, was closed and has been deleted from the proposed order.

### D.   Related Criminal Proceeding

On May 21, 2020, the United States Attorney's Office in Riverside, California, announced the arrest of Smith on a federal criminal complaint charging one count of wire fraud. The complaint alleged that Smith swindled dozens of his clients, many of them retirees, in a long-running Ponzi scheme that took in more than $10 million. *USA v. Paul Horton Smith, Sr.*, Criminal Case No. 5:20-mj-00269-DUTY.

## III. **CONCLUSION**

The SEC respectfully requests that the Court enter the unopposed proposed preliminary injunction and appoint Krista L. Freitag as permanent receiver over Defendants Northstar, Planning Services, and eGate.

Dated:  May 29, 2020                                Respectfully submitted,


*/s/ John B. Bulgozdy*
John B. Bulgozdy
David S. Brown
Attorneys for Plaintiff
Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 29, 2020, I caused to be served the document entitled **REPLY OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  May 29, 2020                       */s/ John B. Bulgozdy*
                                          John B. Bulgozdy

4

*SEC v. Paul Horton Smith, Sr., et al.*
United States District Court—Central District of California
Case No. 5:20-cv-01056-PA-SHK

### SERVICE LIST

Paul Horton Smith Sr.
███████
Moreno Valley, CA ████
Email: ████████
*Pro Se*

Northstar Communications, LLC
c/o Paul Horton Smith, Sr.
3637 Arlington Avenue, Suite A100
Riverside, CA 92506

Planning Services, Inc.
c/o Paul Horton Smith, Sr.
3637 Arlington Avenue, Suite A100
Riverside, CA 92506

eGate, LLC
c/o Paul Horton Smith, Sr.
3637 Arlington Avenue, Suite A100
Riverside, CA 92506

Krista Freitag
E3 Advisors
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: kfreitag@ethreeadvisors.com
*Temporary Receiver for Defendants Northstar Communications, LLC, Planning Services, Inc., and eGate, LLC*