JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email:  bulgozdyj@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email:  browndav@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>       vs.<br><br>PAUL HORTON SMITH, SR.; NORTHSTAR COMMUNICATIONS, LLC; PLANNING SERVICES, INC.; AND EGATE, LLC,<br><br>             Defendants. | Case No. 5:20-cv-01056-PA-SHK<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING RECEIVER'S WIND DOWN PROPOSAL FOR DEFENDANT ENTITIES** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

    PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission hereby submits the Receiver's Wind Down Proposal for Defendant Entities in this action, a copy of which is attached as Exhibit 1.

Dated: June 8, 2020

Respectfully submitted,

*/s/ John B. Bulgozdy*
John B. Bulgozdy
David S. Brown
Attorneys for Plaintiff
Securities and Exchange Commission

1

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 8, 2020, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING RECEIVER'S WIND DOWN PROPOSAL FOR DEFENDANT ENTITIES** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 8, 2020              */s/ John B. Bulgozdy*
                                John B. Bulgozdy

*SEC v. Paul Horton Smith, Sr., et al.*
United States District Court—Central District of California
Case No. 5:20-cv-01056-PA-SHK

## SERVICE LIST

Paul Horton Smith Sr.
████████
Moreno Valley, CA ████
Email: ████████
*Pro Se*

Northstar Communications, LLC
c/o Paul Horton Smith, Sr.
3637 Arlington Avenue, Suite A100
Riverside, CA 92506

Planning Services, Inc.
c/o Paul Horton Smith, Sr.
3637 Arlington Avenue, Suite A100
Riverside, CA 92506

eGate, LLC
c/o Paul Horton Smith, Sr.
3637 Arlington Avenue, Suite A100
Riverside, CA 92506

Krista Freitag
E3 Advisors
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email:  kfreitag@ethreeadvisorys.com
*Temporary Receiver for Defendants Northstar Communications, LLC, Planning Services, Inc., and eGate, LLC*

3

# EXHIBIT 1

KRISTA FREITAG
E3 Realty Advisors, Inc.
Court-Appointed Temporary Receiver
355 S. Grand Avenue, Suite 2450
Los Angeles, CA  90071
Phone:  (213) 943-1374
E-Mail:  kfreitag@ethreeadvisors.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HORTON SMITH, SR.; NORTHSTAR COMMUNICATIONS, LLC; PLANNING SERVICES, INC.; AND EGATE, LLC,<br><br>Defendants. | Case No. ED CV 20-1056 PA (SHKx)<br><br>**RECEIVER'S WIND DOWN PROPOSAL FOR DEFENDANT ENTITIES**<br><br>Date:<br>Time:<br>Judge:   Hon. Percy Anderson |

By order of this Court, on May 20, 2020, Krista Freitag ("Receiver") was appointed temporary receiver for Defendants Northstar Communications, LLC, Planning Services, Inc., and eGate, LLC, and their subsidiaries and affiliates (collectively, the "Receivership Entities"), with full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other property belonging to, being managed by or in the possession of or control of the Receivership Entities, and was immediately authorized, empowered and directed to take certain actions as set forth in the

Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Note Be Granted (the "TRO"). Dkt. 14.

On June 4, 2020, this Court entered a Preliminary Injunction ("PI Order"), extending the Receiver's temporary appointment by one week from the date of the PI Order. The Court also ordered the Receiver to submit to the Court, no later than 12:00 pm on June 8, 2020, a proposal for winding down defendants Northstar, Planning Services, and eGate, as well as assisting investor in transitioning their eGate accounts.

## I. WIND DOWN PROPOSAL

Pursuant to the Court's instruction in the PI Order, the Receiver proposes the following with respect to winding down defendants Northstar, Planning Services, and eGate:

Within three business days of receipt of the Court's order approving this proposal:

1. The Receiver will request that the FBI, when they have completed their review, return all document and records, computers and other electronic devices seized from the office premises on May 21, 2020, back to the office premises - 3637 Arlington Ave., Suite A, Riverside, California.
2. The Receiver will turnover to defendant Paul Horton Smith, Sr. the following:
   a. Keys to the premises, 3637 Arlington Ave., Suite A, Riverside, California and all contents therein.
   b. Keys to the two storage facilities (one facility at 6590 Box Springs Road, Unit M025, Riverside CA and one 21' container located on a vacant lot adjacent to 13281 Lasselle Street, Moreno

        Valley, CA) located in the name of defendant Planning Services, and all contents therein[1].

    c. Login information for the Receivership Entities' Customer Relationship Management database.

    d. Login information for the Receivership Entities' website domain and e-mail host sites and service providers, including a Google account.

3. Upon entry of the Court's order approving this proposal, the Receiver will send the following notices regarding termination of the receivership: (a) letters to the financial institutions,[2] attorneys, accountants, insurance companies, financial advisory firms, agencies and other third-party vendors the Receiver previously notified of the TRO, and (b) an email to the same approximately 900 email addresses the Receiver previously notified of the TRO (the proposed language to be used in this email is attached hereto as Exhibit "A").

4. The Receiver will delete the receivership webpage, email address and phone number established for efficient client/investor communication.

5. The Receiver will contact Formula Folios, the investment advisory management firm, in writing to advise them of the termination of the receivership, and to advise Formula Folios to work directly with the clients, account custodians or other responsible third-parties.

    a. The Receiver will also have a copy of the notice attached hereto as Exhibit "A" (without the bracketed language) sent to the Formula Folios clients (the purported eGate investors).

---

[1] The contents of the 21' storage container purportedly belong to another individual, to whom Mr. Smith would turn over said keys, as appropriate.
[2] The Receiver has not taken control of any accounts at financial institutions so such accounts remain in the defendants' names and frozen per the PI Order.

Within five business days of the Court's order approving this proposal, the Receiver will file a notice with the Court of having completed the tasks above along with her application for approval of fees and out of pocket costs incurred (estimated to be approximately $25,000 in total) in performing her Court-ordered duties and request for an Order:

1. Approving and ratifying all actions taken by the Receiver in performance of her Court-ordered duties under the TRO, PI Order and subsequent orders of the Court;
2. Fully discharging the Receiver from all duties under the TRO and subsequent orders of the Court, as well as any responsibility for payment of liabilities of the Receivership Entities;
3. Terminating the receivership;
4. Approving the client/investor termination of receivership notice language attached hereto as Exhibit A; and
5. Reserving jurisdiction over all disputes, claims, and causes of action arising from or relating to this receivership.

The Receiver estimates the tasks listed herein to wind down the Receivership Entities will require approximately 8-10 hours of work to complete ($2,000-$2,500)[3].

Dated: June 8, 2020

KRISTA L. FREITAG
Temporary Receiver

---

[3] It is important to note that should the Court determine the appointment of the Receiver on a permanent basis is warranted, cash resources will be needed to administer the estate. For example, the Receiver is aware the office premises rent for April, May and June 2020 is owing (over $12,000 in total). Utilities will need to be paid as well as operating expenses, such as web hosting, subscription services, and telephone. Even if the office space would be vacated, the Receiver estimates it would cost thousands of dollars to remove and secure the records and personal property.

# EXHIBIT A

Exhibit 1 Page 8



**Via Email/Fax**

June _____, 2020

<mark>[INSERT]</mark>

  Re: *Securities and Exchange Commission v. Paul Horton Smith, et al.*
     **United State District Court, Central District of California**
     **Case No. ED-CV-20-1056 PA (SHKx)**

Dear <mark>[INSERT]</mark>:

  As you were previously advised, on May 20, 2020, the United States District Court, Central District of California (the "Court"), issued a Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Be Granted ("TRO") in the case styled Securities and Exchange Commission, v. Paul Horton Smith, Sr.; Northstar Communications, LLC; Planning Services, Inc.; and eGate, LLC, Case No. ED-CV-20-1056 PA (SHKx).

  The TRO appointed Krista L. Freitag as temporary receiver ("Receiver") for the defendant entities, Northstar Communications, LLC, Planning Services, Inc., and eGate, LLC, and their subsidiaries and affiliates, including but not limited to IE Tax, LLC (collectively the "Receivership Entities").

  On June _____, 2020, the Court issued an order terminating the TRO and the temporary receiver appointment.  Accordingly, effective immediately, it is recommended that you contact your investment advisory firm/account custodian [and/or your insurance carrier] and/or other responsible third-party directly as it relates to your investment accounts [or insurance policies].

              Very truly yours,


              Krista Freitag
              Temporary Receiver

Exhibit A Page 5

E3 Advisors
501 West Broadway, Suite 290, San Diego, CA  92101
355 S. Grand Avenue, Suite 2450, Los Angeles, CA  90071
ethreeadvisors.com

Exhibit 1 Page 9