UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
55 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST          FIRST-CLASS MAIL
06/15/2020
US POSTAGE $001.20⁰

ZIP 90012
041M11461109

FILED
CLERK, U.S. DISTRICT COURT

June 25, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

PA

ED CV 20-1056 PA

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 1 7 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Case: 5:20cv1056  Doc: 34

Krista  Freitag
E3 Advisors
355 S Grand Avenue Suite 2450
Los Angeles, CA 90071

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<29978929@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-01056-PA-SHK
Securities and Exchange Commission v. Paul Horton Smith et al Minutes of In Chambers
Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/12/2020 at 3:08 PM PDT and filed on 6/12/2020

| | |
|---|---|
| **Case Name:** | Securities and Exchange Commission v. Paul Horton Smith et al |
| **Case Number:** | 5:20-cv-01056-PA-SHK |
| **Filer:** | |
| **Document Number:** | 34 |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS ORDER RE OSC RE CONTEMPT by Judge Percy
Anderson. The Court has reviewed the Ex Parte Application for an Order to Show Cause re:
Civil Contempt Against Defendant Paul Horton Smith, Sr. filed by the Securities and Exchange
Commission (SEC). (Dkt. [32].) It appears that the SEC has failed to comply with Local Rule
7-19 because it has not advised the Court in its Application of its efforts to contact Defendant
Smith or his counsel to provide notice of the Ex Parte Application and determine whether he
opposes it. See L.R. 7-19.1. Any future violations of the Local Rules of this Court will result in
the denial of the requested relief. The Court hereby orders Defendant Paul Smith to appear
before this Court telephonically on June 30, 2020 at 1:30 pm to show cause why an order of civil
contempt should not be issued. See minute order for other requirements. (lom)**

**5:20-cv-01056-PA-SHK Notice has been electronically mailed to:**
David Stuart Brown    browndav@sec.gov, thomasj@sec.gov, larofiling@sec.gov
John B Bulgozdy    kassabguir@sec.gov, irwinma@sec.gov, bulgozdyj@sec.gov, longoa@sec.gov,
larofiling@sec.gov
**5:20-cv-01056-PA-SHK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Krista Freitag
E3 Advisors
355 S Grand Avenue Suite 2450
Los Angeles CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-1056 PA (SHKx) | Date | June 12, 2020 |
| Title | Securities and Exchange Commission v. Paul Horton Smith, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS ORDER RE OSC RE CONTEMPT

The Court has reviewed the Ex Parte Application for an Order to Show Cause re: Civil Contempt Against Defendant Paul Horton Smith, Sr. filed by the Securities and Exchange Commission ("SEC"). (Dkt. 32.) It appears that the SEC has failed to comply with Local Rule 7-19 because it has not advised the Court in its Application of its efforts to contact Defendant Smith or his counsel to provide notice of the Ex Parte Application and determine whether he opposes it. See L.R. 7-19.1. Any future violations of the Local Rules of this Court will result in the denial of the requested relief.

**The Court hereby orders Defendant Paul Smith to appear before this Court telephonically on June 30, 2020 at 1:30 pm to show cause why an order of civil contempt should not be issued.** At that time, Smith shall show cause why he should not be sanctioned for having engaged in the conduct set forth in the SEC's application. The SEC shall personally serve Defendant Smith with (1) a copy of this order, (2) a copy of the Ex Parte Application for an Order to Show Cause re: Civil Contempt, and (3) a copy of the Court's Preliminary Injunction order no later than June 16, 2020. The SEC shall file a Proof of Service with the Court no later than June 16, 2020. Any opposition papers from Defendant Smith shall be filed and served no later than June 22, 2020. Any reply papers from the SEC shall be filed and served no later than June 25, 2020. In addition to the service requirements under this Court's Local Rules, both the SEC and Defendant Smith shall provide the Court and each other with courtesy copies, via email, of all papers filed by no later than 5:00 pm PST on the date the papers are due.

The parties may contact the deputy clerk of court for contact information to participate in the telephonic conference. **The Court warns Defendant Smith that failure to appear at the telephonic hearing on June 30, 2020 may result in the imposition of a contempt order, which may include monetary and/or imprisonment sanctions.**

IT IS SO ORDERED.