## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-1056 PA (SHKx) | Date | June 30, 2020 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Paul Horton Smith, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| T. Jackson-TEL | Anne Kielwasser-TEL |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Brown-TEL<br>John Bulgozdy-TEL | Paul Horton Smith, Pro Se-TEL |

**Proceedings:**          ORDER TO SHOW CAUSE (TELEPHONIC)

       Cause called; appearances made.  Court and counsel confer regarding the case.  The order to show cause hearing is continued to July 8, 2020, at 1:30 p.m.

       IT IS SO ORDERED.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | | TJ |