JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email:  bulgozdyj@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email:  browndav@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL HORTON SMITH, SR.; NORTHSTAR COMMUNICATIONS, LLC; PLANNING SERVICES, INC.; AND EGATE, LLC,<br><br>Defendants. | Case No. 5:20-cv-01056-PA-SHK<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR ORDERS:  (1) AWARDING FEES AND EXPENSES TO PERMANENT RECEIVER; (2) DEPOSITING FUNDS WITH THE CLERK OF THE COURT; (3) RETURNING ITEMS TO DEFENDANT; AND (4) DISCHARGING PERMANENT RECEIVER AND CONCLUDING RECEIVERSHIP**<br><br>Date:     November 2, 2020<br>Time:    1:30 p.m.<br>Ctrm:    9A<br>Judge:   Honorable Percy Anderson |

**TO DEFENDANTS PAUL HORTON SMITH, SR.; NORTHSTAR COMMUNICATIONS, LLC; PLANNING SERVICES, INC.; AND EGATE, LLC:**

**PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move the Court for Orders: (1) Awarding Fees and Expenses to Permanent Receiver; (2) Depositing Funds with the Clerk of the Court pursuant to Fed. R. Civ. P. 67; (3) Returning Items to Defendant; and (4) Discharging Permanent Receiver for Defendants Northstar Communications, LLC ("Northstar"); Planning Services, Inc. ("Planning Services"); and eGate, LLC ("eGate") and concluding the receivership pursuant to Fed. R. Civ. P. 66.

The SEC moves the Court for orders:

1. Awarding reasonable and necessary fees of $41,015.70 and expenses of $2,158.15 to the Permanent Receiver, to be paid out of the assets of the receivership estate;

2. Directing the Permanent Receiver to deposit the remaining funds of the receivership estate, after payment of fees and expenses, with the Clerk of the Court, and informing third party insurance companies to pay any future commissions earned by the entity Defendants with the Clerk of the Court, pursuant to Fed. R. Civ. P. 67;

3. Directing the Permanent Receiver to return electronic passwords used by Northstar, Planning Services, and eGate, to Defendant Paul Horton Smith, Sr. ("Smith"); and forward all mail for the receivership entities to Defendant Smith's home address; and

4. Discharging the Permanent Receiver for Defendants Northstar, Planning Services, and eGate and concluding the receivership pursuant to Fed. R. Civ. P. 66, which shall be effective without further order of the Court upon the Receiver's filing of a declaration that she has completed the tasks ordered to close the receivership.

The SEC's motion is based upon the accompanying Memorandum of Points and Authorities; the Declaration of Krista L. Freitag filed herewith; the filings and

1  records in this action; and any other evidence or argument the SEC may present in
2  support of the motion.
3      This motion is made in compliance with L.R. 7-3, based on communications
4  the SEC sent to Smith requesting a meet and confer on September 9, 2020, and again
5  on September 15, 2020, to which Smith failed to respond.  The SEC also met and
6  conferred with Krista L. Freitag, the Permanent Receiver, who has stated that she
7  does not oppose this motion.
8      **PLEASE TAKE FURTHER NOTICE** that, if the Court determines a hearing
9  is necessary, the motion will be heard at 1:30 p.m. on November 2, 2020, or as soon
10 thereafter as practicable, in Courtroom 9A before the Honorable Percy Anderson,
11 United States District Judge for the United States District Court for the Central
12 District of California, at 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles,
13 California 90012.

Dated:  September 29, 2020           Respectfully submitted,

                                                        */s/ John B. Bulgozdy*
                                                        John B. Bulgozdy
                                                        David S. Brown
                                                        Attorneys for Plaintiff
                                                        Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 29, 2020, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR ORDERS: (1) AWARDING FEES AND EXPENSES TO PERMANENT RECEIVER; (2) DEPOSITING FUNDS WITH THE CLERK OF THE COURT; (3) RETURNING ITEMS TO DEFENDANT; AND (4) DISCHARGING PERMANENT RECEIVER AND CONCLUDING RECEIVERSHIP** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 29, 2020          */s/ John B. Bulgozdy*
                                                     John B. Bulgozdy

*SEC v. Paul Horton Smith, Sr., et al.*
United States District Court—Central District of California
Case No. 5:20-cv-01056-PA-SHK

### SERVICE LIST

Paul Horton Smith Sr.
███████
Moreno Valley, CA ████
Email: ████████
*Pro Se*

Krista Freitag
E3 Advisors
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email:  kfreitag@ethreeadvisorys.com
*Permanent Receiver for Defendants Northstar Communications, LLC, Planning Services, Inc., and eGate, LLC*