PAUL HORTON SMITH, SR.;
13234 Twinflower Street Court
Moreno Valley, CA 92553
Phone | Fax
Self-Represented

FILED
CLERK, U.S. DISTRICT COURT

OCT 22 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL HORTON SMITH, SR.,;<br>NORTHSTAR COMMUNICATIONS, LLC;<br>PLANNING SERVICES, INC. AND EGATE,LLC,<br>Defendant | Case No.: 5:20-cv-010-56-PA-SHK<br><br>**DEFENDANT'S PAUL HORTON SMITH, SR., NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF**<br><br>DATE:     OCTOBER 1, 2020<br>TIME:     1:30 P.M.<br>COURTROOM:   9A<br>JUDGE: HON. PERCY ANDERSON |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on October 19, 2020, at 1:30 PM, or as soon thereafter as the matter can be heard in Courtroom 9A of the United States District Court for the Western District of California, located at 355 S. Grand Avenue, Los Angeles, CA 90071, defendant

///

///

-1-

DocuSigned by:
*Paul Horton Smith, Sr.,*
E8642AE46A154E2...

NOTICE OF MOTION AND MOTION FOR STAY
OF PROCEEDINGS; PTS. & AUTHORITIES
IN SUPPORT THEREOF

CASE NO. 5:20-CV-01056-PA-SHK

PAGE 1

PAUL HORTON SMITH, SR.; will move this Court for an order staying this action pending resolution of the parallel criminal proceeding. In the alternative, said Defendant shall move for a stay of the Motion for Default Judgment in this action for a period of six months in the interests of justice. As more fully set forth in the following Memorandum of Points and Authorities, this Motion is made on the grounds that a stay is necessary to protect Mr. Paul Horton Smith's Fifth Amendment rights in connection with a criminal proceeding arising from the same underlying factual issues that give rise to this action. In addition, the action should be stayed as to defendant Paul Horton Smith Sr., because I am representing myself and need the additional time to be able seek legal representations. Defendant' motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth;

Dated: October 17, 2020

*Paul Horton Smith, Sr.,*
—DocuSigned by: E8642AE46A154E2...

Paul Horton Smith, Sr.

-2-

NOTICE OF MOTION AND MOTION FOR STAY
OF PROCEEDINGS; PTS. & AUTHORITIES
IN SUPPORT THEREOF

CASE NO. 5:20-CV-01056-PA-SHK

## MEMORANDUM OF POINTS & AUTHORITIES
## SUMMARY OF MOTION

Defendant Paul Horton Smith. Sr., request that the Court exercise its discretion to stay this action pending resolution of the parallel criminal court hearing. In the alternative, the

Defendant request that the Court, at a minimum, stay all discovery in this action for a period of six months to avoid the potential for prejudice in this case. A stay of this action is warranted in the interests of justice, as the scope of the criminal trial and causes at issue in the present action. As detailed below, the present circumstances warrant the issuance of a stay. When there are parallel criminal and civil proceedings such as in this case, the defendant faces the difficult choice of asserting his Fifth Amendment rights at the risk of losing a civil trial, or waiving these rights to defend himself in civil proceedings at the risk of incriminating himself. Although not required by the Constitution, the courts have recognized the need to stay civil proceedings under circumstances directly comparable to those at issue here to avoid prejudicing the defendant's rights. Here, the issuance of a stay is warranted in the interests of justice and should be granted for the following reasons:

*One.* The similarity of the issues underlying the civil and criminal actions is regarded as "the most important factor" in determining whether to issue a stay, as the defendant's Fifth Amendment rights are directly implicated in such case.

*Two.* Plaintiff will not be prejudiced by the issuance of a stay, as there is no threat of ongoing harm in this case and Plaintiff waited well over a year before bringing this action. Under relevant case law, such a delay undermines Plaintiff's ability to now claim that it will be prejudiced by a stay. And in any event, the protection of a party's constitutional rights is "the more important consideration."

*Three.* The stay will promote the interests of the Court and judicial economy by avoiding the need to resolve time-consuming discovery motions associated with Defendant ' continued assertion of their Fifth Amendment rights (including Plaintiff's pending motions to compel). Further, the stay may narrow the issues for trial in the civil case

-3-

NOTICE OF MOTION AND MOTION FOR STAY  CASE NO. 5:20-CV-01056-PA-SHK
OF PROCEEDINGS; PTS. & AUTHORITIES
IN SUPPORT THEREOF

## II. STATEMENT OF FACTS

Plaintiff moved for default judgment against defendants Paul Horton Smith,, Sr., Pursuant to the pending criminal proceedings, it is undisputed as to what or how the court will enter a verdict on the criminal proceedings, therefore, I, Paul Horton Smith Sr., am requesting a stay on the matter of the Default Judgment., but conveying the following information regarding the status of the pending criminal proceedings the defendant, I am requesting more time to be able to obtain legal representation in this matter. Given the foregoing circumstances a stay of the following action is warranted and appropriate. The decision whether to grant a stay should be made in light of the particular circumstances and competing interests involved in the case, and should be based on the following factors:

(1) the extent to which the defendant's Fifth Amendment rights are implicated;

(2) the interest of the plaintiff in proceeding with the litigation and the potential prejudice to plaintiff of a delay;

(3) the convenience of the court and the efficient use of judicial resources;

## III CONCLUSION

For the foregoing reasons, the Defendant respectfully request that the Court stay this action pending resolution of the parallel criminal proceedings. In the alternative, the

Paul Horton Smith, Sr., Defendant request that the Court stay on the Motion for Default Judgment in this action for a period of six months.

DATED: October 17, 2020

*Paul Horton Smith, Sr.,*
—DocuSigned by: E8642AE46A154E2...

Paul Horton Smith Sr.,, Defendant

-4-

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.

My business address is 23945 Sunnymead Blvd., Moreno Valley, CA 92553

Telephone: (951) 763-8001, facsimile Number. (951) 485-4860

**I SERVED THE FOLLOWING NOTICE OF MOTION TO STAY PROCEEDING TO THE FOLLOWING:**

**BY EMAIL** TO: JJOHN B. BULGOZDY- bulgozdy@sec.gov and DAVID S. BROWN, - browndav@sec.gov

**BY FAX TO**: MICHELE WEIN LAYNE, ALKA N. PATEL, AMY JANE LONGO, Attorneys for Plaintiff to the following fax number (213) 4443-1904

-5-

NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS; PTS. & AUTHORITIES IN SUPPORT THEREOF

CASE NO. 5:20-CV-01056-PA-SHK

