# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 20-1056-PA (SHKx) |
| v. PAUL HORTON SMITH et al | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by Defendant Paul Horton Smith is hereby:

[x] **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: November 04, 2020

_____
United States District/Magistrate Judge

[ ] **DENIED**

Comments:

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)     ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING